UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS JOHN MARSTON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SCOTT KERNAN et al.,<br><br>　　　　　Defendants. | No. CV 17-09167-VAP (DFM)<br><br>JUDGMENT |

  Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Dated: August 10, 2018

                /s/ Virginia A. Phillips
                VIRGINIA A. PHILLIPS
                Chief United States District Judge